**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK IVAN RODRIGUEZ FLORES,** Petitioner, | § § § | |
| v. | § § | EP-26-CV-00338-DB |
| **PAMELA BONDI,** *Attorney General, et al.*, Respondents. | § § § § § | |

## ORDER

On this day, the Court considered the above-captioned case. On February 17, 2026, Respondents filed an "Advisory to the Court," ECF No. 8, advising the Court the Immigration Judge denied Petitioner's custody reconsideration because he presented a flight risk. ECF No. 8 at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than February 25, 2026.**

**SIGNED** this **18th** day of **February 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**