**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK IVAN RODRIGUEZ FLORES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00338-DB** |
| | § | |
| **PAMELA BONDI,** *Attorney General, et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court *sua sponte* considered above-captioned case. On February 5, 2026, this Court issued an Order, ECF No. 2, prohibiting Respondents from removing or deporting Petitioner from the United States until the Court orders otherwise or the case is closed. On August 25, 2026, Respondents filed an "Advisory to Court," ECF No. 23, informing the Court Petitioner was removed to Venezuela on August 19, 2026.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHOW CAUSE** why they should not be held in contempt, or otherwise sanctioned, for violating this Court's express order to not "remove or deport Petitioner from the United States. . . until the Court orders otherwise or this case is closed" issued on February 5, 2026, in ECF No. 2, **<u>no later than August 31, 2026</u>**.

**IT IS FURTHER ORDERED** that, in their response to the instant order, Respondents **SHALL**:

(1) explain the reasons Petitioner was removed to Venezuela in violation of the Court's Order, ECF No. 2, issued on February 5, 2026; and

(2) provide the names of those individuals responsible for effectuating Petitioner's unlawful removal, including but not limited to those officials who ordered, or otherwise

sanctioned the removal mission, and the arresting officers who participated in said removal mission, and each official's corresponding job title and agency affiliation.

**IT IS FURTHER ORDERED** that should Petitioner wish to file a response to Respondents' filing, he **SHALL FILE** said response **no later than September 2, 2026**.

**IT IS FINALLY ORDERED** that the above entitled and numbered case is set for **SHOW CAUSE HEARING** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, September 3, 2026, at 03:00 PM MDT**. Counsel for Petitioner and Counsel for Respondents must appear in person.

**SIGNED** this **26th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**