**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK IVAN RODRIGUEZ FLORES,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-00338-DB** |
| **PAMELA BONDI,** *Attorney General, et al.*,<br>**Respondents.** | §<br>§<br>§<br>§ | |

**ORDER**

On this day, the Court *sua sponte* considered above-captioned case. On February 5, 2026, this Court issued an Order, ECF No. 2, prohibiting Respondents from removing or deporting Petitioner from the United States until the Court orders otherwise or the case is closed. On August 25, 2026, Respondents filed an "Advisory to Court," ECF No. 23, informing the Court Petitioner was removed to Venezuela on August 19, 2026. As a result, the Court set this matter for a show cause hearing on September 3, 2026. *See* ECF No. 25. During the hearing, Petitioner's Counsel advised she had been unable to contact Petitioner since his removal to Venezuela. She further advised Petitioner was represented separately in another civil action brought against Respondents alleging civil rights violations, and that Petitioner's attorneys in that case learned Petitioner's personal property had been lost during his unlawful transfer from the Camp East Montana detention facility in El Paso, Texas to Cibola County Correctional Facility in New Mexico. Counsel for Respondents was unable to confirm what property was returned to Petitioner prior to his removal to Venezuela.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a status update **no later than September 18, 2026**,[1] directly answering the following:

1) What personal property was confiscated from Petitioner during his arrest by Immigration and Customs Enforcement agents on January 7, 2026?
2) Has Counsel been able to contact Petitioner since the show cause hearing on September 3, 2026?
3) If yes, what is Petitioner's status and was his personal property returned to him upon removal?

**IT IS FURTHER ORDERED** that the Parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case **no later than September 25, 2026.**

**IT IS FINALLY ORDERED** that, if any matters remain to be resolved, Petitioner **SHALL FILE** any motions regarding these issues **no later than October 2, 2026.**

**SIGNED** this **15th** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.