**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK IVAN RODRIGUEZ FLORES,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-00338-DB** |
| **PAMELA BONDI,** *Attorney General, et al.*,<br>**Respondents.** | §<br>§<br>§<br>§ | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the above-captioned case. On September 18, 2026, Petitioner filed "Petitioner's Advisory and Joint Conferral Report," ECF No. 31. Therein, Petitioner informs the Court that the parties conferred and agree there are no matters remaining to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.[1]

Accordingly, **IT IS HEREBY ORDERED** that the District Clerk **SHALL CLOSE** this case.

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED AS MOOT**.

**SIGNED** this 26th day of **September 2026**.

**For HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] On August 19, 2026, Petitioner was removed to Venezuela in violation of this Court's Order, ECF No. 2. *See* ECF No. 23. Counsel for Petitioner has not been able to directly communicate with her client since his removal. ECF No. 31 at 1. Should it later be determined that issues remain for consideration, Petitioner may file a motion to reopen the case.